UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**KEITH BREWER (#168208)**  CIVIL ACTION NO.

**VERSUS**  22-599-JWD-SDJ

**UNKNOWN HUEING, ET AL**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 31, 2023 (Doc. 6), to which an objection (Doc. 7) was filed and considered,

**IT IS ORDERED** that Keith Brewer's claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 42 U.S.C. § 1997e and 28 U.S.C. §§ 1915(e) and 1915A.[1]

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 13, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." This opinion constitutes a strike.